IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 24-cr-30070-SPM |
| | ) |
| TYLANN J. STARKS, | ) |
| | ) |
| Defendant. | ) |

**ORDER FOR FURLOUGH**

IT IS HEREBY ORDERED that:

For good cause having been shown on the record at the October 4, 2024 Bond Revocation Hearing, Defendant, Tylann J. Starks, shall be granted a furlough from custody on Friday, October 4, 2024 from 1:00 p.m. CST until October 11, 2024 at 1:00 p.m. CST, for the purpose of obtaining a medical procedure.

USMS is directed to release Ms. Starks no later than 1:00 p.m. CST on Friday, October 4, 2024 from the East St. Louis Marshals' Office. The Defendant shall surrender to the United States' Marshal or its designee no later than 1:00 p.m. CST on Friday, October 11, 2024. Defense counsel shall inform the Court as soon as possible if Defendant seeks to petition the Court to extend the furlough. Conditions of furlough are set forth by separate order of the Court and Defendant has acknowledged to abide by those conditions.

IT IS SO ORDERED.

DATED: October 4, 2024

                                                <u>s/Mark A. Beatty</u>
                                                MARK A. BEATTY
                                                United States Magistrate Judge