### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 25-CR-30070-1-SPM |
| **TYLANN J. STARKS,** | |
| Defendant. | |

## MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

Pending before the Court is the Motion to Authorize Payment from Inmate Trust Account pursuant to 18 U.S.C.§§ 3613(a) and 3664(n) filed by the United States. (Doc. 128). The Government requests that the Court enter an Order authorizing the Bureau of Prisons to turn over to the Clerk of Court funds held in the inmate trust account for Defendant Tylann J. Starks as payment for the criminal monetary penalty imposed in this case. Defendant Starks did not respond to the Motion. The Bureau of Prisons maintains in its possession, custody, or control $1,525.00 in encumbered funds belonging to the Defendant that are currently in the Defendant's trust account. (*See id.*). At this time, there is no reason to conclude that the Bureau of Prisons has done anything with said funds.

Therefore, it is hereby **ORDERED** that the Motion of United States of America to Authorize Payment from Inmate Trust Account **GRANTED**; and it is further **ORDERED** that the Bureau of Prisons is authorized to turnover to the Clerk of Court, and the Clerk of Court shall accept funds currently held in the trust account for the following inmate in the amount of $1,525.00:

>Tylann J. Starks
>
>Reg. No. 19444-511
>
>FCI Waseca
>
>P.O. Box 1731
>
>Waseca, MN 56039

The Clerk shall apply these funds as payment towards the criminal monetary penalties owed by the defendant in this case. Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201. The Government is **ORDERED** to provide a copy to the BOP.

    **IT IS SO ORDERED.**

    **DATED:  September 29, 2025**

*s/ Stephen P. McGlynn*
**STEPHEN P. McGLYNN**
**U.S. District Judge**
